SCHIAVETTI, CORGAN, DiEDWARDS,
WEINBERG & NICHOLSON, LLP
575 Eighth Avenue, 14th Floor
New York, New York 10018
jdugan@schiavettilaw.com
(212) 541-9100
(212) 262-0824 Fax

December 4, 2020

Judge William F. Kuntz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: Margolin v. New York City Health and Hospitals Corporation, et al.
           15 CV 1551(WFK)RML)

Dear Honorable Judge Kuntz:

  We represent the defendants New York City Health + Hospitals, Dr. Kumbla Nayak, and Dr. Roger Beauplan in the above-referenced matter.

  In this 42 U.S.C. §1983 matter the plaintiff alleges a violation of his constitutional rights, via implicit psychiatric malpractice, due to his admission to the psychiatric inpatient unit of Coney Island Hospital for approximately 45 hours

  NYC Health + Hospitals offered the plaintiff $7,500 in June of this year. Plaintiff's counsel stated that he needed at least $100,000 to settle this claim. This week, when asked if his demand remained at $100,000, the plaintiff's counsel stated that his demand is now $250,000. Thus, any further settlement negotiations would be of no use, and all parties request a trial date.

        Respectfully submitted,

        SCHIAVETTI, CORGAN, DiEDWARDS,
        WEINBERG & NICHOLSON, LLP

        *Joseph Dugan*
        JOSEPH DUGAN