SCHIAVETTI, CORGAN, DiEDWARDS,
WEINBERG & NICHOLSON, LLP
575 Eighth Avenue, 14th Floor
New York, New York 10018
jdugan@schiavettilaw.com
(212) 541-9100
(646) 430-8032 Fax

December 30, 2020

Judge William F. Kuntz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    Margolin v. New York City Health and
                 Hospitals Corporation, et al.
                 15 CV 1551(WFK)RML)

Dear Honorable Judge Kuntz:

      We represent the defendants New York City Health + Hospitals, Dr. Kumbla Nayak, and Dr. Roger Beauplan in the above-referenced matter.

      As you know, this 42 U.S.C. §1983 matter involves alleged violations of the plaintiff's constitutional rights, via implicit psychiatric malpractice, due to his admission to the psychiatric inpatient unit of NYC Health + Hospitals/Coney Island.

      Summarily speaking, settlement discussions have not been productive. Our prior correspondence accurately set forth the defendants' offer and the plaintiff's demand. However, the plaintiff's counsel strenuously objected, stating that this information "put plaintiff in a bad light and prejudice[d] him in the mind of the Court." We of course stand by the veracity of all of our pleadings and prior correspondence. However, as can be deduced from the aforesaid, despite our best efforts we have been unable to even approach any mutually agreeable resolution of this matter. As such, no settlement can be reached, and we must again request a trial date.

                                        Respectfully submitted,

                                        SCHIAVETTI, CORGAN, DiEDWARDS,
                                        WEINBERG & NICHOLSON, LLP

                                        *Joseph Dugan*
                                        JOSEPH DUGAN