AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| David Margolin | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 15-cv-1551 (WFK)(RML) |
| New York City Health & Hospitals Corporation et al., | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: the Plaintiff David Margolin recover a nominal damage award from the Defendant Kumbla Nayak, in the amount of one dollar ($1.00). Additionally, the Plaintiff David Margolin recover a nominal damage award from the Defendant, New York City Health and Hospitals Corporation, in the amount of one dollar ($1.00).

This action was *(check one)*:

☑ tried by a jury with Judge  William F. Kuntz, II  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 4/28/23

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk